UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WILLIAMS,<br>Plaintiff,<br>v.<br>KERN SHERIFF DEPARTMENT, et al.,<br>Defendants. | Case No. 1:26-cv-05668-KES-HBK<br><br>ORDER STRIKING UNSIGNED APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO FULLY COMPLETE LONG FORM OR PAY $405.00 FILING FEE<br><br>(Doc. 3) |

Plaintiff proceeds in this civil action *pro se*. (Doc. 1). Plaintiff has moved to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 3). The application is not signed under penalty of perjury, as required by the "Affidavit in Support of the Application" section at the top of the form.

Rule 11 requires that all pleadings, motions, and other papers be signed by an attorney of record or by an unrepresented party personally. Fed. R. Civ. P. 11(a); *see also* E.D. Cal. Local Rule 131(b). The Court must strike an unsigned paper unless the omission is promptly corrected after being brought to the party's attention. Fed. R. Civ. P. 11(b). Because Plaintiff did not sign the application, the Court will strike it and direct Plaintiff to submit a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

Plaintiff must fully complete the AO 239 form, including the declaration under penalty of perjury that the information provided is true and acknowledging that false information may result

in dismissal of the action. If Plaintiff is unwilling to complete, sign, and date the long form application, she must pay the filing fee in full.

Accordingly, IT IS ORDERED:

1. The Court STRIKES Plaintiff's application to proceed *in forma pauperis* (Doc. 3).
2. The Clerk of Court shall send Plaintiff an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.
3. Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete, sign, and file the enclosed AO 239 long form application.
4. If Plaintiff fails to comply with this order, this action may be dismissed for failure to pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.

Dated: July 22, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE