UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BRENDA WILLIAMS

Plaintiff,

v.

KERN SHERIFF DEPARTMENT, et al.,

Defendants.

Case No. 1:26-cv-05668-KES-HBK

ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE OR APPLY FOR *IN FORMA PAUPERIS STATUS*, OR OBEY A COURT ORDER

FOURTEEN-DAY DEADLINE

Plaintiff Brenda Williams proceeds pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff commenced this action on May 28, 2026 in the Central District of California and submitted an unsigned application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915. (Docs. 1, 3).

On July 21, 2026, this action was transferred to the Eastern District of California. The following day, the Court struck Plaintiff's unsigned IFP application under Federal Rule of Civil Procedure 11(b) and directed Plaintiff to submit a completed, signed IFP application or pay the full filing fee within 21 days. (Doc. 10). The Court cautioned Plaintiff that failure to comply with the Court's order could result in dismissal of the action as a sanction under Local Rule 110. (*Id*. at 2).

To date, Plaintiff has neither paid the filing fee nor filed a completed, signed IFP

application, and she has not requested an extension of time. (*See* docket).

Accordingly, it is ORDERED:

1. Within fourteen (14) days after the date of this Order, Plaintiff must take one of the following actions if she wishes to prosecute this case:
   a. File a completed, signed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (AO 239), under penalty of perjury; or
   b. Pay the $405.00 filing fee; or
   c. Show cause why the undersigned should not recommend that this case be dismissed without prejudice for failure to pay the filing fee, apply for IFP status, or timely comply with the Court's July 22, 2026 Order.
2. Alternatively, if Plaintiff does not wish to prosecute this action at this time, she may, within fourteen (14) days, file a "Notice to Voluntarily Dismiss Action Without Prejudice Under Federal Rule of Civil Procedure 41."
3. Plaintiff's failure to timely respond to this Order to Show Cause will result in a recommendation that the district court dismiss this case for failure to pay the filing fee or apply for IFP status, and as a sanction for noncompliance with a court order under Local Rule 110.

Dated: October 5, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE