UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA WILLIAMS,<br>Plaintiff,<br>v.<br>KERN SHERIFF DEPARTMENT, et al.,<br>Defendants. | Case No. 1:26-cv-05668-KES-HBK<br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br>(Doc. 12) |

Plaintiff proceeds in this civil action pro se. (Doc. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 12). Plaintiff's declarations in the motion satisfy the requirements under § 1915. (Doc. 12). The Court will screen plaintiff's pro se complaint under 28 U.S.C. § 1915(e)(2) in due course before ordering service.

Accordingly, it is ORDERED:

1. The Court discharges its October 6, 2026 Show Cause Order (Doc. 11).
2. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 12) is GRANTED.

Dated: November 6, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE